In the Matter of ALEXANDER BREYTMAN, Petitioner, v YVONNE LEWIS, et al., Respondents. [954 NYS2d 897]

The petitioner failed to serve a necessary party, the respondent Yvonne Lewis (*see* CPLR 7804 [i]). Skelos, J.P., Dillon, Leventhal and Sgroi, JJ., concur.